FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2001 NOV -5 P 4: 06
SIGN_____
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA

EDWARD SMITH             CIVIL NO. 00-271

VERSUS             SECTION "D" (M3)

LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS             FILED: _____

## PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

MAY IT PLEASE THE COURT:

Plaintiff agrees that the recent decision of the United States Supreme Court in *Board of Trustees of the Univ. of Alabama v. Garrett*, 121 S.Ct. 955 (2001), supports that the State of Louisiana may not be sued in this instance under the American's with Disabilities Act in federal court pursuant to the Eleventh Amendment absent a waiver of sovereign immunity. Plaintiff also agrees that the State has not waived its immunity in this suit.

However, defendant is incorrect that the State of Louisiana cannot be sued under the American's with Disabilities Act in state court. Plaintiff shows that suit has been filed in state district court, 19th Judicial District Court, Civil No. 489,325, and all claims asserted herein are also brought in the pending state court suit. Under the Louisiana Constitution of 1974, Art. XII, § 10, the state has waived all immunity from suits in its own courts for injury to person or property.

Accordingly, the appropriate resolution of the defendant's motion is to administratively close this case ordering plaintiff to pursue any and all claims against defendant in state court.

Dismissal with prejudice or prohibition of suit on claims arising under federal law would be inappropriate as nothing in *Garrett* or the state or federal constitutions bars suit against the State of Louisiana under federal law in its own courts.

Baton Rouge, Louisiana, this 5th day of November 2001.

RESPECTFULLY SUBMITTED:

BULLOCK & JOHNSON (A PLC)
1659 Florida Blvd.
P.O. Box 4206
Baton Rouge, LA 70821
(225) 344-9205

By: /s/ Richard P. Bullock
Richard P. Bullock, Esq.
La. Bar Roll No. 20,733

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served this day a copy of the foregoing pleading on all counsel of record and plaintiffs by telecopier and by depositing same in the United States mail, postage pre-paid and properly addressed.

Baton Rouge, Louisiana, this ___ day of November 2001.

/s/ Richard P. Bullock
Richard P. Bullock